**Order entered December 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01164-CV

## IN RE: GEICO COUNTY MUTUAL INSURANCE COMPANY, Relator

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01492-E**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. The Court **ORDERS** the trial judge, the Honorable Juan Renteria, Judge of the County Court at Law No. 5, to vacate his September 6, 2022 order denying relator's first amended rule 91a motion. The Court **ORDERS** the trial judge to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order issued in compliance with this order. We **ORDER** that relator recover its costs of this original proceeding from real party in interest.

We lift the stay imposed by this Court on November 7, 2022.

/s/    LANA MYERS
       JUSTICE